# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**ANTHONY J. PATTERSON,**

      **Petitioner,**

**v.**                                     **Case No. 5:13cv51/RV/CJK**

**MICHAEL CREWS,**

      **Respondent.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 1, 2014. (Doc. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 23) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 18) is GRANTED.

3.   The petition for writ of habeas corpus (doc. 1), challenging petitioner's judgment of conviction and sentence in *State of Florida v. Anthony Patterson* in the Circuit Court for Calhoun County, Florida, Case No. 07-0101, is DISMISSED WITH PREJUDICE.

4.   The clerk is directed to close the file.

5.   A certificate of appealability is DENIED.

**DONE AND ORDERED** this 1st day of May, 2014.


/s/ *Roger Vinson*                    
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**